■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REYVON WHITE, Appellant. [697 NYS2d 529] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Jones, J.), rendered March 25, 1997, convicting him of robbery in the first degree and assault in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The trial court properly exercised its discretion in denying the defendant's challenge to a prospective juror for cause, as

the juror ultimately assured the court that he could be objective and reach a verdict based on the evidence alone (*see, People v Harris,* 247 AD2d 630, 631-632; *People v Soto,* 235 AD2d 349; *People v Pagan,* 191 AD2d 651, 652).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80, 86). Altman, J. P., H. Miller, Schmidt and Smith, JJ., concur.